CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Dennis Price, Esq., SBN 279082
Prathima Price, Esq., SBN 321378
Robert Doyle, Esq., SBN 321925
Cara Townsend, Esq, SBN 220356
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858)375-7385; Fax (888)422-5191
Carat@potterhandy.com

Attorneys for Plaintiff

GIBSON, DUNN & CRUTCHER LLP
Peter S. Modlin, Esq., SBN 151453
Yang (Kelly) Ding, Esq., SBN 329976
555 Mission Street, Suite 3000
San Francisco, CA 94105
Tel: (415) 393-8200; Fax: (415) 393-8306
Email: pmodlin@gibsondunn.com
         kding@gibsondunn.com

Attorney for Defendant NEW GOLDEN DAISY, INC.

WESTON LAW GROUP, PC
Jonathan Black, Esq., SBN 275017
Stephanie Meyer, Esq, SBN 311036
145 E. Prospect Ave. Ste. 202,
Danville, CA 94526
Tel: (925) 362-3120

Attorney for Defendants GEORGE L. YEE and ROSE LEE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Orlando Garcia**,<br><br>    Plaintiff,<br><br>v.<br><br>**George L. Yee,** in individual and representative capacity as Trustee of The George and Rose Yee Family Trust UTD July 31, 2001;<br>**Rose Yee**, in individual and representative capacity as Trustee of The George and Rose Yee Family Trust UTD July 31, 2001;<br>**New Golden Daisy, Inc.**, a California Corporation<br><br>    Defendants. | Case No.:3:21-CV-06319-AGT<br><br>Joint Stipulation To Extend Site Inspection Deadline<br><br>HON. ALEX G. TSE |

COME NOW THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, AND STIPULATE, AS FOLLOWS:

1. WHEREAS, pursuant to the Court's August 17, 2021 Scheduling Order, the deadline to hold the joint inspection of the premises is November 11, 2021 (sixty (60) days after service of complaint). Dkt. 5;

2. WHEREAS, the parties wish to discuss settlement prior to a joint site inspection and therefore the parties require additional time;

3. WHEREAS, the Parties have now agreed to inspect the property on December 1, 2021.

4. THEREFORE, it is hereby stipulated and requested that the deadline to conduct the joint site inspection shall be extended to and including December 2, 2021. The parties request that all other dates that are calculated based on the inspection date be adjusted accordingly.

IT IS SO STIPULATED.

Dated: November 10, 2021        CENTER FOR DISABILITY ACCESS

                                By: /s/ Cara Townsend
                                    Cara Townsend, Esq.
                                    Attorney for Plaintiff

| | |
|---|---|
| Dated: November 10, 2021 | GIBSON, DUNN & CRUTCHER LLP |
| | By: /s/ Peter S. Modlin |
| | Peter S. Modlin, Esq.<br>Attorney for Defendant<br>NEW GOLDEN DAISY, INC. |
| Dated: November 10, 2021 | WESTON LAW GROUP, PC |
| | By: /s/ Jonathan Black |
| | Jonathan Black, Esq.<br>Attorney for Defendant<br>GEORGE L. YEE and ROSE LEE |

### SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this Stipulation is submitted, concur in the filing's content and have authorized the filing.

| | |
|---|---|
| Dated: November 10, 2021 | CENTER FOR DISABILITY ACCESS |
| | By: /s/ Cara Townsend |
| | Cara Townsend, Esq.<br>Attorney for Plaintiff |