UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Orlando Garcia**, <br><br> Plaintiff, <br><br> v. <br><br> **George L. Yee,** in individual and representative capacity as Trustee of The George and Rose Yee Family Trust UTD July 31, 2001; <br> **Rose Yee**, in individual and representative capacity as Trustee of The George and Rose Yee Family Trust UTD July 31, 2001; <br> **New Golden Daisy, Inc.**, a California Corporation <br><br> Defendants. | Case: No.3:21-CV-06319-AGT <br><br> **ORDER GRANTING JOINT STIPULATION TO EXTEND SITE INSPECTION DEADLINE** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The deadline to hold a joint site inspection of the premises shall be extended to and including December 2, 2021.
2. All other dates that are calculated based on the inspection date are adjusted accordingly.

IT IS SO ORDERED.

Dated: 11/10/21

HONORABLE ALEX G. TSE
UNITED STATES MAGISTRATE JUDGE

1