1  CENTER FOR DISABILITY ACCESS
   Amanda Seabock, Esq., SBN 289900
2  Prathima Price, Esq., SBN 321378
3  Dennis Price, Esq., SBN 279082
   8033 Linda Vista Road, Suite 200
4  San Diego, CA 92111
   (858) 375-7385; (888) 422-5191 fax
5  amandas@potterhandy.com
6  Attorneys for Plaintiff

7  Jonathan Black
   Weston Law Group PC
8  145 E.Prospect Avenue
9  Danville, California 94526
   Telephone: 925-362-3120
10 Attorneys for Defendants
11 George L. Yee and Rose Yee

12
   Peter S. Modlin SBN 151453
13 pmodlin@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
14 555 Mission Street, Suite 3000
15 San Francisco CA 94105
   Telephone: 925-362-3120
16 Facsimile: (213) 624-1376
   Attorneys for Defendant
17 New Golden Daisy, Inc.

18              UNITED STATES DISTRICT COURT
19              NORTHERN DISTRICT OF CALIFORNIA

20 ORLANDO GARCIA,                    ) Case No.: 3:21-cv-06319-AGT
21        Plaintiff,                  )
   v.                                 ) **JOINT STIPULATION FOR**
22                                    ) **DISMISSAL PURSUANT TO**
   GEORGE L. YEE, in individual and   ) **FEDERAL RULE OF CIVIL**
23 representative capacity as Trustee of The ) **PROCEDURE 41(a)(1)(A)(ii)**
   George and Rose Yee Family Trust UTD )
24 July 31, 2001; ROSE YEE, in individual )
   and representative capacity as Trustee of )
25 The George and Rose Yee Family Trust )
   UTD July 31, 2001; NEW GOLDEN
26 DAISY, INC., a California Corporation,
        Defendants.
27
28

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by
2  and between the parties hereto that this action may be dismissed with prejudice as to all
3  parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is
4  made as the matter has been resolved to the satisfaction of all parties.
5
6  Dated: January 17, 2022          CENTER FOR DISABILITY ACCESS
7
8                                   By: /s/Amanda Seabock
                                         Amanda Seabock
9                                        Attorneys for Plaintiff
10
11 Dated: January 17, 2022          WESTON LAW GROUP PC
12
13
14                                  By: /s/Jonathan Black
                                         Jonathan Black
15                                       Attorneys for Defendants
                                         George L. Yee and Rose Yee
16
17
18 Dated: January 17, 2022          GIBSON, DUNN & CRUTCHER LLP
19
20
21                                  By: /s/Peter S. Modlin
                                         Peter S. Modlin
22                                       Attorneys for Defendant
                                         New Golden Daisy, Inc.
23
24
25
26
27
28

# SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Jonathan Black, counsel for George L. Yee and Rose Yee, and Peter S. Modlin counsel for New Golden Daisy, Inc. that I have obtained authorization to affix their electronic signature to this document.

Dated: January 17, 2022   CENTER FOR DISABILITY ACCESS

By: /s/Amanda Seabock
    Amanda Seabock
    Attorneys for Plaintiff